FILED
CLERK, U.S DISTRICT COURT

FEB 3 2012

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR 08-761-RGK |
| Plaintiff, ) | ORDER OF DETENTION AFTER |
| v. ) | HEARING ( Fed.R.Crim.P. 32.1(a)(6) |
| ) | Allegations of Violations of Probation |
| DAYNE EVERTON WILLIAMS ) | Supervised Release) |
| ) | Conditions of Release) |
| Defendant. ) | |

  On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

  The court finds no condition or combination of conditions that will reasonably assure:

  (A)  (X)  the appearance of defendant as required; and/or
  (B)  (X)  the safety of any person or the community.

//
//

The court concludes:

A. (X) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

_multiple offenses committed while on supervised release_

(B) (X) Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

_he will obey court orders. Also no bail resources or sureties._

IT IS ORDERED that defendant be detained.

DATED: 2/3/12

_____
STEPHEN J. HILLMAN
UNITED STATES MAGISTRATE JUDGE

2